## THOMAS MANKUS *v.* ROBERT MANKUS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 107 Conn. App. 585 (AC 28033), is denied.

*Neil Johnson*, in support of the petition.

*Donna H. Summers*, assistant attorney general, in opposition.

Decided July 1, 2008